IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEREMY LAYMANCE,
ADC #163960                                                                                                  PLAINTIFF

v.                 Case No. 4:17-cv-00756-KGB

SHARON VON COMPERNOLLE, *et al*.                                           DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Jeremy Laymance's complaint is dismissed without prejudice. The relief sought is denied. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g), and the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this the 25th day of June, 2018.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge